# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WALKER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOSIE CASTELO,<br><br>　　　　Respondent. | CASE NO. 2:19-cv-05317-SK<br><br>**JUDGMENT** |

　　Pursuant to the order dismissing the petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.[1]

DATED: February 25, 2020　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

[1] Both parties consented to proceed before the undersigned for all proceedings, including entry of judgment. (ECF 9, 10, 11). *See* 28 U.S.C. § 636(c)(1).